UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ADAM C. CRAMPTON,

               Petitioner,

        -v-                                    9:23-CV-226 (AJB/ML)

SUPERINTENDENT LILLEY,

               Respondent.
_____

**APPEARANCES:**                                   **OF COUNSEL:**

ADAM C. CRAMPTON
Petitioner, Pro Se
17-B-3136
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

HON. LETITIA JAMES                       JALINA J. HUDSON, ESQ.
New York State Attorney General
Attorneys for Respondent
28 Liberty Street, 4th Floor
New York, NY 10005

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On February 8, 2023, *pro se* petitioner Adam C. Crampton ("petitioner"), who was convicted of several sex crimes in Broome County, filed this petition for habeas corpus under 28 U.S.C. § 2254 in the U.S. District Court for the Southern District of New York. Dkt. No. 1. After the matter was *sua sponte* transferred to this judicial district, Dkt. No. 2, the matter was assigned to Senior U.S. District Judge Thomas J. McAvoy, who referred the matter to U.S. Magistrate Judge Miroslav Lovric for review, *see* Dkt. No. 6. Thereafter, Judge Lovric granted petitioner's motion

for leave to proceed *in forma pauperis* ("IFP Application"), Dkt. No. 9, and directed respondent, the Superintendent of the correctional facility in which petitioner is being housed, to answer the petition and file the relevant state court record, Dkt. No. 10. The petition was fully briefed and then reassigned to this Court. Dkt. Nos. 20, 21, 22, 24, 25.

On February 5, 2026, Judge Lovric advised by Report & Recommendation ("R&R") that the petition be denied and dismissed. Dkt. No. 26. As Judge Lovric explained, petitioner had procedurally defaulted his claim but, even on the merits, it did not amount to a valid basis for federal habeas corpus relief. *See id*.

Petitioner has not lodged objections, and the time period in which to do so has expired. *See* Dkt. No. 26. Upon review for clear error, Judge Lovric's R&R is accepted and will be adopted. *See* Fed. R. Civ. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 26) is ACCEPTED;

2. The petition (Dkt. No. 1) is DENIED and DISMISSED; and

3. No Certificate of Appealability shall be issued.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: February 25, 2026
Utica, New York.

Anthony J. Brindisi
U.S. District Judge